# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR CRIMINAL COMPLAINT

I, David J. Pawson, being duly sworn, depose and state as follows:

## INTRODUCTION & INVESTIGATOR BACKGROUND

1.    I have been employed as a Special Agent ("SA") with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), since 2009, and I am currently assigned to the Portland, Maine field office. During my tenure with HSI, I have investigated numerous federal criminal violations related to cybercrime, child exploitation, and child pornography, including, but not limited to, violations of 18 U.S.C. §§ 2251, 2252, 2252A and 2422(b). I attended training at the Federal Law Enforcement Training Center in Brunswick, Georgia. I have received training in the area of child pornography and child exploitation. Through my work as an investigator, I reviewed examples of child pornography, as defined in 18 U.S.C. § 2256, in all forms of media.

2.    I make this affidavit in support of the issuance of a criminal complaint charging Cameron Eagle with sexual exploitation of a minor, in violation of 18 U.S.C. § 2251(a) and (e). The information contained in this affidavit is based on my personal involvement in this investigation, my training and experience, and information provided to me by other law enforcement officers.

## PROBABLE CAUSE

3.    On May 12, 2020, an adult female, L.G., reported to me that her 14-year-old daughter ("Minor A") had received images of an unidentified adult male masturbating on her

Apple iPhone ("the iPhone"). The same day, Minor A and L.G. consented to my review of the iPhone and I then arranged for a forensic examination to be conducted. During my review of the iPhone, in addition to locating the aforementioned images, I observed that Minor A had installed an application known as Cash App. On this application, I observed that on May 9, 2020, Minor A received a payment of $93 from another Cash App user with a "$Cashtag"[1] of "cameroneagle."

    4.    On June 24, 2020, Minor A submitted to a forensic interview with Kathy Harvey-Brown, LCSW at the Child Advocacy Center in South Portland, Maine. During the interview, Minor A disclosed that she received $93 through Cash App from a man who offered to pay her to "play with her pussy" while he watched her live on a social media platform known as Omegle.com.[2] During a subsequent forensic interview conducted by HSI Forensic Interviewer Emily Rivera-Nunez on June 24, 2020, Minor A further disclosed that during the Omegle connection on May 9, 2020, she also showed the man her breasts and vagina, in addition to masturbating, in exchange for money paid to her via Cash App. Minor A also confirmed during this second interview that the sender's Cash App "Cashtag" is "cameroneagle." Minor A reported that during the Omegle connection with "cameroneagle," she was physically at her residence in Cumberland County, Maine. I know from interactions with Minor A and her family that she was 14 years old on May 9, 2020.

---

[1] A "$Cashtag" is a unique identifier for individuals and businesses using Cash App.

[2] Omegle.com is a free online chat website that allows users to socialize with others without the need to register. The service randomly pairs users in one-on-one video chat sessions where they chat anonymously using the names "You" and "Stranger."

5. On August 19, 2020, Interviewer Rivera-Nunez interviewed Minor B, a minor female of 14-years who admitted she was present with Minor A during the Omegle.com chat on May 9, 2020 at Minor A's home in Maine. During the interview, Minor B was shown a series of pictures extracted from her device during a forensic examination previously obtained on August 14, 2020 with consent of Minor B and her father. One of these photographs was reportedly taken by Minor B of Minor A's laptop displaying the Omegle.com chat. The same photo depicts Minor B holding her phone within the Omegle.com video chat box.

6. According to records from Square, Inc., the parent company of Cash App, the account holder of Cash App $Cashtag "cameroneagle" is an individual named Cameron Eagle, of 105 Southwest Otter Run Place in Stuart, Florida ( "Target Premises"). Cash App also provided other identifiers for Eagle, including a date of birth, social security number, and a Compass Bank (BBVA USA) credit card ending in 8634 associated with the account.

7. I reviewed additional payment information provided by Square, Inc., which reflects that the user of the "cameroneagle" account made several payments to Minor A on May 9, 2020. I also observed other similar payments in small denominations to other Cash App accounts on May 9, 2020, and other dates in May and June 2020.

8. According to records from Square, Inc., one such recipient account belongs to Minor B, who received a $10 payment from $Cashtag "cameroneagle" on May 9, 2020. According to the records, two additional payments were requested of Cameron Eagle within 15 minutes of the $10 payment, but both were unpaid. Minor B was then reported to Cash App by "cameroneagle" as "abusive." Minor B denied performing sexual acts for any payment.

9. According to other records from Square, Inc., the user of "cameroneagle" accessed the internet from IP address 66.176.134.192 on May 9, 2020. According to records from Comcast, Inc., the subscriber of IP address 66.176.134.192 is C.E.[3] of the Target Premises and telephone number xxx-xxx-8901. Records from AT&T identified the subscriber of this telephone number to also be C.E. of the Target Premises and with an associated email address of carlygulll@aol.com.

10. I conducted a search of open source and HSI indices and discovered multiple records indicating Cameron Eagle is a citizen and national of Australia, currently residing at the Target Premises. I also learned that in 2011, Cameron's wife, C.E., petitioned for his entry into the United States and provided the email address carlygulll@aol.com to the Department of Homeland Security.

11. According to the Florida Department of Motor Vehicles ("DMV"), Cameron Eagle was issued a driver's license associated with an address of the Target Premises.

12. Following up on the information provided to me by Cash App, I requested that interview be conducted with other recipients of payments from the Cash App account belonging to Cameron Eagle. One such involved J.R. of Tallahassee, Florida. HSI SA Michael Laird and Task Force Officer Robert Waller interviewed J.R. on October 2, 2020, who reported that a minor female used his Cash App to receive a $10 transfer from "cameroneagle" on May 9, 2020. Agents were unable to locate the minor female to confirm the report.

---

[3] The full name of this individual is known to this agent.

13. On September 24, 2020, SA Joshua McCready attempted to conduct an interview with another minor female at her residence in Huntsville, Alabama regarding the money transfers from "carmeroneagle" to her $Cashtag on May 9, 2020. Instead, SA McCready spoke to the minor's mother, who advised that the $Cashtag account belongs to her 16-year-old daughter ("Minor C"). On November 10, 2020, I contacted Minor C via telephone to ask follow-up questions about her use of Omegle.com and Cash App. She told me that she and two friends accessed Omegle.com and were engaged by someone asking for nude images which resulted in a $10 payment via Cash App. She explained that she initially agreed to provide the nude images in exchange for money, then waited for the money to be deposited into her Cash App account. Once this occurred, she ended the connection without providing the images.

14. On October 8, 2020, HSI SAs Peter Baish and Michael D'Angelo interviewed G.B. at her residence in Lutherville-Timonium, Maryland. G.B., age 20, reported that she uses Cash App and that she most likely was paid for "flirting" over an Omegle.com chat.

15. On October 22, 2020, HSI SAs Fina Spory and Brandon Wargo interviewed H.W., an adult female, at her residence in New Kensington, Pennsylvania, regarding payments she received from Cameron Eagle. H.W. disclosed that, while she does not have a specific memory of the transaction, she sells nude images of herself on various online websites.

16. Through the use of a live feed fixed camera situated outside the Target Premises, compared to the image of Cameron Eagle depicted on his Florida driver's license, HSI SA Eric Urgo identified Cameron Eagle exiting the Target Premises on May 12, 2021. On this date, Cameron Eagle was observed getting into a gray 2014 BMW bearing Florida license plate number

061TLR, which is, according to the Florida DMV, a vehicle registered to Cameron Eagle. Additionally, on this same date and through the use of the same fixed camera, compared to the image of C.E. depicted on her Florida driver's license, SA Urgo identified C.E. exiting the Target Premises with two minor children. C.E. and the children were observed getting into a white 2015 Dodge SUV bearing Florida license plate number JFMD54, which is, according to the Florida DMV, another vehicle registered to Cameron Eagle.

## THE SEARCH WARRANT EXECUTION AND CONFESSION

17. On May 20, 2021, I executed a federal search warrant issued by U.S. Magistrate Judge Shaniek M. Maynard in the Southern District of Florida (Docket Number 21-035-SMM) at the residence of Cameron Eagle. Upon arrival, Cameron Eagle was encountered by HSI special agents in this driveway attempting to depart his home for work. Cameron Eagle was placed in hand restraints and advised he is being detained for the security of agents conducting the search warrant.

18. I then approached Cameron Eagle in the driveway and identified myself. I also reiterated that he was not under arrest and further informed I would like to speak to him about this investigation after the house was secured. Cameron Eagle agreed to answer questions as well as agreed to be voluntarily transported to the Martin County Sherriff's Office. Although expressly told her was not under arrest, Cameron Eagle remained restrained for the transportation for security of the agents. Upon arrival at the Sherriff's office, hand restraints were removed, and Cameron Eagle was invited to sit in an interview room.

19. I again reminded Cameron Eagle that he was not under arrest and reiterated he is free to leave. Cameron Eagle was provided a bottle of water and offered the opportunity to use the restroom, which he declined.

20. During my initial interview of Cameron Eagle, I asked him if he knew why a search warrant was being executed at his home. Cameron Eagle told me that he thought it was because he goes online and talks to girls who he believed to be minors. He further informed me that he is sexually attracted to "young looking" females who he views online on sites such as Omegle.com.

21. Cameron Eagle further explained that when he gets into a "state of mind" where he needs to satisfy his needs. Cameron Eagle said he would use Omegle.com because he knew he would have access to younger females. He also said these are things he does online that he would never do in the real world. Cameron Eagle said he has a problem being attracted to girls that may not be of legal age.

22. Cameron Eagle explained the process where other random participants would pop up on the Omegle.com screen, some of which were female of various ages and some were men. Cameron Eagle would type the phrase "cashapp?" into the text message space and wait for an answer. If the female accepted Cashapp, he would make small payments to the females for removing their clothing increasing payments for performed sexual activities such as masturbation.

23. Cameron Eagle said although when he viewed the young females and knew they were not of legal age, he still would not inquire about their age or even skip to another participant. Instead, he continued to seek sexual gratification from the participants.

24. I presented a non-sexual image of Minor A to Cameron Eagle and asked Cameron Eagle if he recognized the girl pictured. Cameron Eagle said he did not. He also estimated her age to be 15 or 16 years of age.

25. I presented subscriber data that I previously obtained from Cashapp for cashtag cameroneagle. Cameron Eagle identified the data (date of birth, phone number, email address and last four of his social security number) contained within as his and further admitted to establishing the account. He further stated he created the Cashapp account after he began using Omegle.com.

Based on the foregoing, there is probable cause to believe that on May 9, 2020, Cameron Eagle committed sexual exploitation of a minor, in violation of 18 U.S.C. § 2251(a) and (e). I respectfully request that this Court issue a criminal complaint charging him with this offense.

David J. Pawson
Special Agent
Homeland Security Investigations

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: May 20 2021

City and state: Portland, ME

Judge's signature
John H. Rich III, U.S. Magistrate Judge
Printed name and title